IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY BREWER                                                          PLAINTIFF

v.                        Civil No. 07-6018

CHIEF HOLT, Garland County
Detention Center; CAPTAIN MEL
STEED, Garland County Detention
Center, LT. GARY ASHCRAFT,
Hot Springs Police Department                                          DEFENDANTS

## ORDER

Gregory Brewer, currently an inmate of the Garland County Detention Center, has submitted for filing in this district a pro se civil rights action under 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint.

With his complaint, plaintiff submitted an incomplete *in forma pauperis* (IFP) application. He submitted only the first page of the application and did not submit the second page containing additional information including his signature and the certification regarding inmate funds held in his name completed. Plaintiff is given until **April 13, 2007**, to provide the court with a complete IFP application, including having the certificate portion of the IFP application completed by the appropriate detention center official, and return the application to this court for review and filing or pay the $350 filing fee. **If the plaintiff fails to return the completed IFP application or pay the $350 filing fee by April 13, 2007, the complaint will become subject to summary dismissal for failure to obey an order of the court. The clerk is directed to mail the plaintiff an IFP application for his completion.**

IT IS SO ORDERED this 20th day of March 2007.

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

WESTERN DISTRICT ARKANSAS
FILED
MAR 23 2007
CHRIS R. JOHNSON, CLERK
BY ___ DEPUTY CLERK

-1-