IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GREGORY BREWER                                                                    PLAINTIFF

v.                          Case No. 07-6018

CHIEF HOLT, CAPTAIN MEL
STEED and LT. GARY ASHCRAFT                                                       DEFENDANTS

## ORDER

    Now on this 18th day of July 2007, there comes on for consideration the report and recommendation filed herein on June 27, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Plaintiff has not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the motion to dismiss (Doc. 13) filed by Lt. Gary Ashcraft is GRANTED, and he is DISMISSED as a defendant in this action.

    IT IS SO ORDERED.

                                              /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge