```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

GREGORY BREWER                                          PLAINTIFF

    V.                CIVIL NO. 07-6018

CHIEF HOLT;
CAPTAIN MEL STEED                                       DEFENDANTS

## **ORDER**

Now on this 9th day of June 2008, there comes on for consideration the report and recommendation filed herein on May 16, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 43). Plaintiff filed written objections to the report and recommendation (Doc. 45).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 31) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                        /S/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge